# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLIAM SMITH, IDOC # K55219, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-721-GPM-DGW |
| | ) | |
| HAUL AND OFFICER GALE, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This action is before the Court for the purpose of docket control. As of today, Defendant "Haul" has not been served. A waiver of service of process was returned unexecuted as to Defendant Haul on June 23, 2011, with the notation that Pinckneyville Correctional Center is unable to effectuate service as the defendant is unidentifiable because there is no one employed there with that name (Doc. 19). Plaintiff has not provided any other information that could be used to serve Defendant Haul. Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the Court extends the time for service of Defendant Haul for 30 days (on or before Thursday, July 28, 2011). By this date, Plaintiff must provide additional information to the Clerk of Court to identify this Defendant so that process may be served upon him. If after the expiration of 30 days Defendant Haul is not served or identified, Defendant Haul will be dismissed without prejudice from the action as described in Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

DATED: June 28, 2011

/s/ G. Patrick Murphy  
G. PATRICK MURPHY  
United States District Judge